IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 94-037-SLR |
| ) | |
| SCOTT BAYRON and EDWIN BAYRON, ) | |
| ) | |
| Defendants. ) | |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff's trial exhibits, consisting of thirteen documents, to counsel or his representative.

Receipt of the exhibits is acknowledged by:

_____
For Richard G. Andrews, Esq.

Date:   April 14, 2005

Returned by: _____, Deputy Clerk