IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

APR 1 4 2005

FEDERAL PUBLIC DEFENDER
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 94-037-SLR |
| SCOTT BAYRON and EDWIN BAYRON, | ) |
| Defendants. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendant Edwin Bayron's trial exhibits, consisting of five documents, to counsel or his representative.

Receipt of the exhibits is acknowledged by:

_____
For Penny Marshall, Esq.

Date:   April 14, 2005

Returned by: _____, Deputy Clerk